UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VOLMAR CONSTRUCTION INC., <br><br> Plaintiff, <br><br> v. <br><br> ALTAGRACIA HAULAGE & CONTRACTING LLC and KIANTAE MULLEN HEILMANN, <br><br> Defendant. | No. 25-cv-3301 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

On June 26, 2025, the Court ordered Plaintiff to explain why this case was filed under seal. Plaintiff then filed a letter on July 1, 2025 stating that sealing was justified because a protective order was entered in a related case in order to protect sensitive information of certain bank customers. The Court then ordered Plaintiff to specify whether any documents in this case contained such information. Counsel then stated by email on July 24, 2025, that she had nothing further to add to her previous letter. Accordingly, the Court orders that this Action be unsealed, and that Records Management upload all documents filed to date on the Electronic Case Filing system. Plaintiff shall also serve a copy of this order on all Defendants.

SO ORDERED.

Dated:   August 11, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge