UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VOLMAR CONSTRUCTION INC.,

          Plaintiff,

    v.

ALTAGRACIA HAULAGE & CONTRACTING LLC and KIANTAE MULLEN HEILMANN,

          Defendants.

No. 25-cv-3301 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On April 21, 2025, Plaintiff Volmar Construction Inc. filed this action against Defendants Altagracia Haulage & Contracting LLC and Kiantae Mullen Heilmann and requested that it be sealed in its entirety. Although that application was granted by another judge, the sealed materials under file do not articulate the basis for sealing. No later than July 3, 2025, Plaintiff shall file a letter explaining why this case should remain sealed in its entirety. Plaintiff shall also serve a copy of this order on Defendants and file proof of service.

SO ORDERED.

Dated:    June 26, 2025
           New York, New York

                                                Ronnie Abrams
                                                United States District Judge