UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VOLMAR CONSTRUCTION INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALTAGRACIA HAULAGE & CONTRACTING LLC and KIANTAE MULLEN HEILMANN,<br><br>Defendants. | No. 25-CV-3301 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      The telephonic hearing in the above captioned matter scheduled for Friday, November 21, 2025 is hereby adjourned to Monday, November 24 at 2:00 p.m.

SO ORDERED.

Dated:    November 13, 2025
            New York, New York

                                                            Hon. Ronnie Abrams
                                                             United States District Judge