UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VOLMAR CONSTRUCTION INC.,

              Plaintiff,

            v.                            No. 25-CV-3301 (RA)

ALTAGRACIA HAULAGE & CONTRACTING        ORDER
LLC and KIANTAEMULLEN HEILMANN,

              Defendants.

---

RONNIE ABRAMS, United States District Judge:

      As discussed at the Order to Show Cause hearing held earlier today, the parties shall jointly file a status letter proposing next steps by December 24, 2025.

SO ORDERED.

Dated:    November 24, 2025
              New York, New York

                                                                    Hon. Ronnie Abrams
                                                                    United States District Judge