UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VOLMAR CONSTRUCTION INC.,

Plaintiff,

v.

ALTAGRACIA HAULAGE & CONTRACTING
LLC and KIANTAEMULLEN HEILMANN,

Defendants.

No. 25-CV-3301 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On April 6, 2026, the Court ordered the parties to file a joint status letter proposing next steps no later than May 4, 2026.  To date, no letter has been filed.

The parties shall submit their joint letter no later than May 18, 2026.  Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:       May 11, 2026
             New York, New York

_____
Ronnie Abrams
United States District Judge